```
 RCHAN            *           PUBLIC INFORMATION            *      06-06-2022
PAGE 001          *              INMATE DATA                *      10:24:44
                             AS OF 06-06-2022


REGNO..: 19011-030 NAME: TIRRELL, MARTIN JAMES

                   RESP OF: DTH
                   PHONE..: 218-722-8634    FAX: 218-733-4701
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  62
PROJ REL MT: FIRST STEP ACT RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 08-02-2023                     PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT A

```
 RCHAN           *         PUBLIC INFORMATION         *     06-06-2022
PAGE 002         *            INMATE DATA             *     10:24:44
                           AS OF 06-06-2022


REGNO..: 19011-030 NAME: TIRRELL, MARTIN JAMES

                  RESP OF: DTH
                  PHONE..: 218-722-8634    FAX: 218-733-4701
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-01-2023

FINAL STATUTORY RELEASE FOR INMATE.: 12-30-2023 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 150  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 08-02-2023 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: IOWA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 4:19-CR-00005-001
JUDGE...........................: ROSE
DATE SENTENCED/PROBATION IMPOSED: 01-20-2021
DATE COMMITTED..................: 02-26-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00        $00.00        $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO     AMOUNT: $1,462,829.55

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1341 MAIL FRAUD (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    41 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 11-10-2016




G0002       MORE PAGES TO FOLLOW . . .
```

```
 RCHAN            *          PUBLIC INFORMATION           *      06-06-2022
PAGE 003 OF 003  *             INMATE DATA                *      10:24:44
                             AS OF 06-06-2022

REGNO..: 19011-030 NAME: TIRRELL, MARTIN JAMES

                    RESP OF: DTH
                    PHONE..: 218-722-8634    FAX: 218-733-4701
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-07-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-08-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-26-2021
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 11-10-2016

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    02-13-2019   02-21-2019
                                    02-13-2020   02-27-2020

TOTAL PRIOR CREDIT TIME.........: 24
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 184
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-30-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-13-2023
EXPIRATION FULL TERM DATE.......: 07-01-2024
TIME SERVED.....................:     1 YEARS      4 MONTHS       5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  39.3
PERCENT OF STATUTORY TERM SERVED:  46.1

PROJECTED SATISFACTION DATE.....: 08-02-2023
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 150




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```